**FILED**

UNITED STATES DISTRICT COURT
District of Alaska

FEB 17 2004
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES OF AMERICA,

vs.

TIMOTHY RAY MOORE, JR.

RECEIVED
JUN 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

3RD AMENDED JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 04/06/00)
Case Number: A00-0001-CR (JKS)

D. SCOTT DATTAN
Defendant's Attorney

Defendant's probation officer filed a petition on <u>June 5, 2003 and a Supplemental Petition on August 21, 2003</u> accusing defendant of <u>9</u> violations of the conditions of supervision provided in the original judgment. Defendant <u>admitted allegation 7 of the Supplemental Petition.</u> All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 7 | Mandatory | Criminal offense | 07/24/2003 | A |

The court finds that defendant's criminal history category is <u>II</u>. The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in page 2 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's SSN:_____
Defendant's Date of Birth:_____
Defendant's Mailing Address:_____

Defendant's Residence Address:
_____

FEBRUARY 13, 2004
Date of Disposition Hearing

**REDACTED SIGNATURE**

JAMES K. SINGLETON, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

02/17/04
Date

A00-0001--CR (JKS) 2-17-04
-------------------------------------------
D. DATTAN (DATTAN)
F. RUSSO (US-ATTY)
US MARSHAL

US PROBATION
MAGISTRATE JUDGE BRANSON
DEF w/cnsls cy

Certified to be a true and correct copy of original filed in my office.
Dated 2-17-04

redacted signature

65

Defendant: TIMOTHY RAY MOORE, JR.                Amended Judgment--Page 2 of 2
Case No.: A00-0001-CR (JKS)

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>18 months to be served consecutive with the sentence in State of Alaska vs. TIMOTHY RAY MOORE, JR., 3AN-S03-7743-CR.</u>

No term of supervision to follow.

[_]  The court makes the following recommendations to the Bureau of Prisons:


[X]  The defendant is remanded to the custody of the United States Marshal.
[ ]  The defendant shall surrender to the United States Marshal for this district,
              a.m.
     [_] at _____ p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
     [_] before 2 p.m. on _____.
     [_] as notified by the United States Marshal.
     [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on  05-10-06  to  FCI She  at  Sheridan, OR , with a certified copy of this judgment.

                                     Charles A. Daniels, Warden
                                     ~~United States Marshal~~

                                 By  _____
                                     ~~Deputy~~ Marshal

A0245.REV